| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0647 1:16CR00365-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* **22cr10167-TWR** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Daniel J. Mercede | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION – EASTERN OFFICE LOCATION - AKRON |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Judge Sara Lioi | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 11/29/2021 — TO 11/28/2024 |

OFFENSE

18:1344 and 2; Bank Fraud
18:1029(A)(2) and 2; Access Device Fraud
18:1960(A), 1960(B)(1)(B) and 2; Unlicensed Money Transmitting Business

**FILED**
12:38 pm Dec 30 2022
Clerk U.S. District Court
Northern District of Ohio
Akron

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* Collection of restitution will be maintained by the sentencing district if the case is joint and several with other defendants.

_November 28, 2022_  _____[signature]_____
Date                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 28, 2022          _____[signature]_____
Effective Date             United States District Judge

lus for rjm
7005553